UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In the Matter of
BOYSIN RALPH LORICK and CYNTHIA    Nos. 17-cv-5641 (ILG)
THERESA LORICK                           17-cv-6344(ILG)
-----------------------------------------------------------    (Consolidated)
SOLEYMAN GHALCHI,
                    Appellant,
      -against-

BOYSIN RALPH LORICK and CYNTHIA
THERESA LORICK,
                    Appellee (s)
-----------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
                   )ss:
COUNTY OF NASSAU )

    **ROBERT D. NOSEK,** being duly sworn deposes and says: I am not a party to the action, am over 18 years of age and reside in Glen Cove, New York.

    On February 1, 2018 I caused to be served via first class mail a copy of the ***Appellant Brief and Appendix Parts 1 through 5*** upon:

Karamvir Dahiya, Esq.
Dahiya Law Offices LLC
75 Maiden Lane, Suite 506
New York, NY 10038

by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the above-named party at the last known address set forth above.

                                                    /s/Robert D. Nosek
                                                        Robert D. Nosek

Sworn to before me this
6th day of February, 2018

/s/Marion Panos
Notary Public, State of New York
No. 01PA5046969
Qualified in Nassau County
Commission Expires July 24, 2021

6535604.1